**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No.  15-cv-01076-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2006 AUDI A4, VIN: WAUAF78E66A165756,

        Defendant.
_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
_____

      This matter comes before the Court on the United States of America's Motion for Voluntary Dismissal Without Prejudice (Doc. # 7).  The United States of America seeks to dismiss the instant action without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  The Court, having reviewed the instant Motion, FINDS:

      THAT the United States of America filed its Verified Complaint for Forfeiture *In Rem*, pursuant to the civil forfeiture provisions of 21 U.S.C. § 881.

      THAT the Court issued an Order for Warrant for Arrest of Property *In Rem* for the defendant property as well as a Warrant for Arrest of Property *In Rem.*  (Doc. ## 4, 5.)  The United States also issued notice that any persons claiming or asserting an interest in the above-described property must file a Claim pursuant to Supplemental Rule G(5) with the Clerk of the United States District Court.  (Doc. # 6.)  However, no interested

1

person claiming or asserting an interest in the above-described property has filed a claim or any other responsive pleading in this case.

Accordingly, it is ORDERED that the United States of America's Motion for Voluntary Dismissal (Doc. # 7) is GRANTED, and that this case is DISMISSED in its entirety, without prejudice.

DATED:  July 8, 2015.                               BY THE COURT:

_____
United States District Court
Judge/Magistrate Judge